**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| Cellular Communications Equipment LLC, | § § | |
| v. | § § | Case No. 2:17-CV-00078-RWS-RSP |
| HTC Corporation et al. | § § | |
| ZTE Corporation et al. | § | Case No. 2:17-CV-00079-RWS-RSP |

## CONSOLIDATION ORDER

The above-captioned cases are **CONSOLIDATED** for all pretrial issues (except venue) with **Lead Case No. 2:17-CV-00078-RWS-RSP**. All parties are instructed to file future filings (except relating to venue) in the Lead Case. Member cases remain active for venue determinations and trial. The Court will enter one docket control order, one protective order, and one discovery order that will govern the consolidated cases. The Clerk shall add the consolidated defendants and their Lead and Local Counsel into the Lead Case. Additional counsel may appear in the Lead Case if they wish to continue as counsel of record. Counsel who has appeared pro hac vice in a member case may file a Notice of Appearance in the Lead Case without an additional pro hac vice application or fee.

**SIGNED this 6th day of June, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE