**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS** | § | |
| **EQUIPMENT, LLC** | § | |
| | § | **CIVIL ACTION NO. 2:17-CV-00078** |
| **Plaintiff,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **v.** | § | **(Consolidated Lead)** |
| | § | |
| **HTC CORPORATION., et al.,** | § | |
| | § | |
| **Defendants** | § | |

**ORDER GRANTING MOTION TO SEVER AND STAY
CLAIMS AGAINST THE CARRIER DEFENDANTS**

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, the "Carrier Defendants") moved jointly to sever and stay CCE's claims against the Carrier Defendants in Civil Action Nos. 2:17-cv-00078 and 2:17-cv-00079 (the "078/079 Actions") so that CCE can proceed on its claims against the Manufacturer Defendants, HTC Corporation, HTC America Inc. (together, "HTC"), and ZTE (USA), Inc. ("ZTE") (collectively, HTC and ZTE are referred to as the "Manufacturer Defendants"). The Court hereby ORDERS:

CCE's claims against the Carrier Defendants in the 078/079 Actions are hereby SEVERED and STAYED.

For the avoidance of doubt this Order does not affect claims and defenses related to Verizon's Ellipsis family of products, namely Ellipsis 10, Ellipsis Kids, and Ellipsis 8, that were

recently severed from Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581 and consolidated for all pre-trial purposes with the 078/079 Actions, pursuant to the Court's Order of March 7, 2016 in Civil Action No. 2:15-cv-00576 at Dkt. No. 386.

**SIGNED this 27th day of June, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE