# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**HTC CORPORATION, ET AL.,**<br><br>Defendants. | **Civil Action No. 2:17-cv-00078-RWS-RSP (Consolidated Lead)**<br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO LIFT STAY

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants HTC Corporation, HTC America, Inc., ZTE Corporation, ZTE Solutions, Inc., and ZTE (USA) Inc., (collectively, "Defendants" and together with CCE, the "Parties") jointly move to lift the stay with respect to the claims and issues relating to U.S. Patent No. 8,457,676 (the "'676 Patent"). On October 20, 2017, the Court stayed all claims relating to the '676 Patent pending several IPRs (the "'676 IPRs"). (Dkt. Nos. 93, 94, the "Orders"). On February 12, 2018, the PTAB issued final written decisions regarding the '676 IPRs, some of the asserted claims remain, and there are no pending appeals. As such, the Parties wish to lift the stay and proceed with the case with respect to the claims and issues relating to the '676 Patent. This motion does not seek to lift the stay with respect to the claims and issues relating to U.S. Patent No. 8,570,957.

Dated: April 25, 2018                                                           Respectfully submitted,

| By: */s/ Jonathan H. Rastegar*<br>Jeffrey R. Bragalone (lead attorney) | By: */s/ Nicole S. Cunningham*<br>Callie A. Bjurstrom (CA SBN 137816) |
|---|---|

1

| | |
|---|---|
| Texas Bar No. 02855775<br>Terry A. Saad<br>Texas Bar No. 24066015<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>Jerry D. Tice, II<br>Texas Bar No. 24093263<br><br>**BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jbragalone@bcpc-law.com<br>tsaad@bcpc-law.com<br>jrastegar@bcpc-law.com<br>jtice@bcpc-law.com<br><br>Edward R. Nelson, III<br>ed@nelbum.com<br>Texas Bar No. 00797142<br>Thomas C. Cecil<br>tom@nelbum.com<br>Texas Bar No. 24069489<br>Nelson Bumgardner, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br>Claire Abernathy Henry<br>claire@wsfirm.com<br>Texas Bar No. 24053063<br>Thomas John Ward, Jr.<br>jw@wsfirm.com<br>Texas Bar No. 00794818<br>Wesley Hill<br>wh@wsfirm.com<br>Texas Bar No. 24032294<br>Ward, Smith & Hill, PLLC<br>PO Box 1231<br>1507 Bill Owens Pkwy<br>Longview, Texas 75604<br>Phone: (903) 757-6400<br>Fax: (903) 757-2323 | callie.bjurstrom@pillsburylaw.com<br>Steven A. Moore (CA SBN 232114)<br>steve.moore@pillsburylaw.com<br>Nicole S. Cunningham (CA SBN 234290)<br>nicole.cunningham@pillsburylaw.com<br>Matthew R. Stephens (CA SBN 288223)<br>matthew.stephens@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101<br>Tel: (619) 544-3119<br>Fax: (619) 236-1995<br><br>**ATTORNEYS FOR DEFENDANTS HTC CORPORATION, HTC AMERICA, INC, ZTE CORP., ZTE SOLUTIONS, INC., AND ZTE (USA) INC.** |

| | |
|---|---|
| **ATTORNEYS FOR PLAINTIFF CELLULAR COMMUNICATIONS EQUIPMENT LLC** | |

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants met and conferred by telephone and email to discuss the issues raised in this motion. This motion is unopposed and joined by the Parties.

By: */s/ Jonathan H. Rastegar*
Jonathan H. Rastegar

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on April 25, 2018. As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

By: */s/ Jonathan H. Rastegar*
Jonathan H. Rastegar