IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>        Plaintiff,<br><br>v.<br><br>**HTC CORPORATION, ET AL.,**<br><br>        Defendants. | Civil Action No. 2:17-cv-00078-RWS-RSP (Consolidated Lead)<br>**JURY TRIAL DEMANDED** |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants HTC Corporation and HTC America, Inc. (together, "HTC"), hereby state that they have finalized their agreement settling matters in controversy between them. Accordingly, CCE and HTC stipulate to the dismissal of all of CCE's claims against HTC in Case No. 2:17-cv-078 WITH PREJUDICE and all of HTC's claims against CCE in Case No. 2:17-cv-078 WITHOUT PREJUDICE.

CCE also seeks to dismiss CCE's claims against AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, the "Carrier Defendants") that were severed and stayed from Case No. 2:17-cv-078 (see ECF 109) WITH PREJUDICE solely to the extent those claims for relief asserted therein involve the manufacture, use, offer for sale, sale, and/or importation of products manufactured by or for HTC that are the subject of the CCE-HTC settlement agreement. The Carrier Defendants do not oppose.

CCE and HTC ask that the Court enter the attendant proposed Order of Dismissal, with

each party to bear its own costs, expenses and attorneys' fees.

**Dated: July 9, 2018**

| | |
|---|---|
| By: */s/ Jeffrey R. Bragalone*<br>Jeffrey R. Bragalone (lead attorney)<br>Texas Bar No. 02855775<br>Terry A. Saad<br>Texas Bar No. 24066015<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>Jerry D. Tice II<br>Texas Bar No. 24093263<br><br>**BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jbragalone@bcpc-law.com<br>tsaad@bcpc-law.com<br>jrastegar@bcpc-law.com<br>jtice@bcpc-law.com<br><br>Edward R. Nelson III<br>ed@nbafirm.com<br>Texas State Bar No. 00797142<br>Ryan P. Griffin<br>ryan@nbafirm.com<br>Texas State Bar No. 24053687<br>Thomas C. Cecil<br>tom@nbafirm.com<br>Texas State Bar No. 24069489<br>Nelson Bumgardner Albritton PC<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br>Bradley W. Caldwell<br>Texas Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>John Austin Curry<br>Texas Bar No. 24059636<br>Email: acurry@caldwellcc.com | */s/ Nicole S. Cunningham*<br>Nicole S. Cunningham<br>CA State Bar No. 234390<br>Steve A. Moore<br>CA State Bar No. 232114<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, California 92101<br>(619) 544-3119<br>(619) 236-1995 (fax)<br>Nicole.Cunningham@PillsburyLaw.com<br>Steve.Moore@PillsburyLaw.com<br><br>**ATTORNEYS FOR DEFENDANTS HTC CORPORATION AND HTC AMERICA INC.** |

| | |
|---|---|
| Caldwell Cassady & Curry<br>2101 Cedar Springs Road, Suite 1000<br>Dallas, TX 75201<br>Telephone: (214) 888-4848<br>Facsimile: (214) 888-4849<br><br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>Ward, Smith, & Hill PLLC<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas  75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>**ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC** | |

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), I certify that the all parties have met and conferred and that this Stipulation is unopposed.

*/s/ Jonathan H. Rastegar*
Jonathan H. Rastegar

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2018, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the Court's electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Jonathan H. Rastegar*
Jonathan H. Rastegar