IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>         **Plaintiff,**<br><br>v.<br><br>**HTC CORPORATION, ET AL.,**<br><br>         **Defendants.** | **Civil Action No. 2:17-cv-00078-RWS-RSP (Consolidated Lead)**<br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant ZTE (USA), Inc. ("ZTE"), hereby state that they have finalized their agreement settling matters in controversy between them. Accordingly, CCE and ZTE stipulate to the dismissal of all of their claims against one another in the above-captioned cases WITH PREJUDICE.

CCE also seeks to dismiss CCE's claims against AT&T Mobility LLC, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, the "Carrier Defendants") that were severed and stayed from the above-captioned cases (see ECF 56) WITH PREJUDICE solely to the extent those claims for relief asserted therein involve the manufacture, use, offer for sale, sale, and/or importation of products manufactured by or for ZTE that are the subject of the CCE-ZTE settlement agreement. The Carrier Defendants do not oppose.

CCE and ZTE ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses and attorneys' fees.

**Dated: September 17, 2018**

| | |
|---|---|
| By: *Jeffrey R. Bragalone*<br>Jeffrey R. Bragalone (lead attorney)<br>Texas Bar No. 02855775<br>Terry A. Saad<br>Texas Bar No. 24066015<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>Jerry D. Tice, II<br>Texas Bar No. 24093263<br><br>**BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jbragalone@bcpc-law.com<br>tsaad@bcpc-law.com<br>jrastegar@bcpc-law.com<br>jtice@bcpc-law.com<br><br>Edward R. Nelson, III<br>ed@nelbum.com<br>Texas Bar No. 00797142<br>Thomas C. Cecil<br>tom@nelbum.com<br>Texas Bar No. 24069489<br>Nelson Bumgardner, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br>Claire Abernathy Henry<br>claire@wsfirm.com<br>Texas Bar No. 24053063<br>Thomas John Ward, Jr.<br>jw@wsfirm.com<br>Texas Bar No. 00794818<br>Wesley Hill<br>wh@wsfirm.com<br>Texas Bar No. 24032294<br>Ward, Smith & Hill, PLLC<br>PO Box 1231 | By: *Nicole S. Cunningham*<br>Callie A. Bjurstrom (CA SBN 137816)<br>callie.bjurstrom@pillsburylaw.com<br>Steven A. Moore (CA SBN 232114)<br>steve.moore@pillsburylaw.com<br>Nicole S. Cunningham (CA SBN 234290)<br>nicole.cunningham@pillsburylaw.com<br>Matthew R. Stephens (CA SBN 288223)<br>matthew.stephens@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101<br>Tel: (619) 544-3119<br>Fax: (619) 236-1995<br><br>**ATTORNEYS FOR ZTE (USA) INC.** |

| | |
|---|---|
| 1507 Bill Owens Pkwy<br>Longview, Texas 75604<br>Phone: (903) 757-6400<br>Fax: (903) 757-2323<br><br>**ATTORNEYS FOR PLAINTIFF CELLULAR COMMUNICATIONS EQUIPMENT LLC** | |

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), I certify that the all parties have met and conferred and that this Stipulation is unopposed.

By: *Jeffrey R. Bragalone*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September, 2018, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: *Jeffrey R. Bragalone*