# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

CELLULAR COMMUNICATIONS
EQUIPMENT LLC,

     Plaintiff,

v.

HTC CORPORATION, ET AL.,

     Defendants.

No. 2:17-CV-00078-RWS-RSP

## ORDER OF DISMISSAL

In light of the Joint Stipulation of Dismissal [Dkt. # 116] of Plaintiff Cellular Communications Equipment LLC (CCE) and Defendant ZTE (USA), Inc. (ZTE), CCE's claims against ZTE, and ZTE's claims against CCE, in this action have been DISMISSED WITH PREJUDICE as set forth in the Stipulation, with each party to bear its own costs, expenses, and attorneys' fees as may exist between them. Further, CCE's claims against AT&T Mobility LLC, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. that were severed and stayed from the above-captioned action have been DISMISSED WITH PREJUDICE to the extent those claims involve the manufacture, use, offer for sale, sale, and/or importation of products manufactured by or for ZTE that are the subject of the settlement agreement between CCE and ZTE.

**SIGNED this 18th day of September, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE