**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HTC CORPORATION, ET AL.,<br><br>    Defendants. | No. 2:17-cv-00078-RWS-RSP |

## FINAL JUDGMENT

The Court, having considered Plaintiff's Notice of Proposed Final Judgment (Docket No. 117), and the pleadings filed in this case, hereby **ORDERS, ADJUDGES AND DECREES** that this lawsuit is completed and that all parties have been dismissed in accordance with the terms, conditions, and agreements of the parties contained in their respective dismissals and/or settlements and the Court's order, and this Final Judgment does not affect, alter, or vacate such. The Docket Number for the Order or Judgment of adjudication and disposition of each of the defendants as follows:

  Cellco Partnership d/b/a/ Verizon Wireless (Docket No. 99)
  HTC America, Inc. (Docket No. 112)
  HTC Corporation (Docket No. 112)
  Sprint Corporation (Docket No. 97)
  Verizon Communications Inc. (Docket No. 55)
  AT&T Mobility LLC (Docket No. 118)
  AT&T, Inc. (Docket No. 86)
  Boost Mobile, LLC (Docket No. 118)
  Sprint Solutions, Inc. (Docket No. 118)
  Sprint Spectrum LP (Docket No. 118)
  T-Mobile US, Inc. (Docket No. 118)
  T-Mobile USA, Inc. (Docket No. 118)
  ZTE (USA) Inc. (Docket No. 118)
  ZTE Corporation (Docket No. 51)
  ZTE Solutions Inc. (Docket No. 51)

All relief otherwise requested and not set forth in the dismissals and settlements and orders and judgments identified above is **DENIED**.

The Clerk of the Court is instructed to close the case.

**SIGNED this 10th day of October, 2018.**

                                                                          *Robert W Schroeder III*
                                                                          ROBERT W. SCHROEDER III
                                                                          UNITED STATES DISTRICT JUDGE